UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

JAN 1 2 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

Oscar Camacho-Marroquin §
§
versus §
§ CIVIL ACTION 99-006
§
§
Immigration and Naturalization §
Service §

## General Reference to Magistrate Judge

This case is referred to Magistrate Judge __John W. Black__ for management through trial.

If, by the time the case is ready for trial, the parties have not consented to trial by the magistrate judge, the trial will be promptly set before the district judge.

Signed __January 12th__, 1998, at Brownsville, Texas.

_Hilda Tagle_
Hilda G. Tagle
United States District Judge

orefcdr.
termddl.
CJRAMGflag