United States District Court
Southern District of Texas
ENTERED
APR 19 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# - BROWNSVILLE DIVISION -

| | | |
|---|---|---|
| OSCAR CAMACHO-MARROQUIN | § | |
|    Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-99-006 |
| | § | |
| IMMIGRATION AND NATURALIZATION | § | |
| SERVICE, | § | |
|    Respondent. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION AND DISMISSING PETITION

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of March 23, 1999 should be adopted and the petition be dismissed.

DONE in Brownsville, Texas, on this __15__ day of __April__ 1999.

_____
Hilda G. Tagle
United States District Judge